```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 49159
    EDWARD GEORGE MONTVID JR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2877

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/11/2005 and was confirmed 12/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 09/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                         PAID           PAID
--------------------------------------------------------------------------
AMERICAN EXPRESS BANK    UNSECURED         9985.64            .00        1166.56
AMERICAN EXPRESS BANK    UNSECURED         1207.35            .00         141.05
ARROW FINANCIAL SERVICES UNSECURED        NOT FILED           .00            .00
CABELAS VISA             UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         1165.21            .00         117.98
SHERMAN FINANCIAL GROUP  NOTICE ONLY      NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         5242.34            .00         612.43
CHASE MANHATTAN BANK     UNSECURED        NOT FILED           .00            .00
CIRCUIT CITY STORES INC  UNSECURED        NOT FILED           .00            .00
COLUMBIA HOUSE           UNSECURED        NOT FILED           .00            .00
CHASE MANHATTAN BANK     UNSECURED         8573.05            .00        1043.89
LVNV FUNDING             NOTICE ONLY      NOT FILED           .00            .00
ARROW FINANCIAL SERVICES UNSECURED         3078.87            .00         359.68
WORLD FOREMOST BANK      UNSECURED         4756.76            .00         555.70
PARAGON WAY INC          UNSECURED         2878.69            .00         332.84
PETER FRANCIS GERACI     DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN               TRUSTEE                                          392.77
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             7,422.90

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    4,330.13
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                           392.77
DEBTOR REFUND                                     .00
                    ---------------       ---------------
```

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 49159 EDWARD GEORGE MONTVID JR

```
TOTALS                                  7,422.90              7,422.90
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 12/27/07                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```